280

648 A.2d 192

Jesse TUCKER, et al.

v.

Benjamin J. WOOLERY, et al.

No. 29, Sept. Term, 1994.

Court of Appeals of Maryland.

Oct. 3, 1994.

Charles J. Janus, Temple Hills, for petitioner.

Ellen G. Draper (Jordan Coyne & Savits, on brief), Rockville, Benjamin J. Woolery (Richard M. McGill, on brief), Upper Marlboro, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, BELL and RAKER, JJ., and JOHN F. McAULIFFE, Judge (retired), Specially Assigned.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 3rd day of October, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.